934

nied. *John H. Lumpkin* for petitioner. *Solicitor General Cummings, George J. Bott, David P. Findling* and *Bernard Dunau* for respondent.

No. 507. WEISS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Sidney Morse* for petitioner. *Solicitor General Cummings, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the United States.

No. 513. SUVER ET AL. *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. *Harrison Combs* for petitioners.

No. 514. FRIZZELL *v.* WABASH RAILROAD Co. C. A. 8th Cir. Certiorari denied. *John R. Baty* for petitioner. *Sam B. Sebree* for respondent.

No. 519. SIG ELLINGSON & Co. *v.* DE VRIES ET AL. C. A. 8th Cir. Certiorari denied. *Clarence G. Myers* for petitioner. *J. Neil Morton* for respondents.

No. 520. SIG ELLINGSON & Co. *v.* BUTENBACH, DOING BUSINESS AS GARNER SALES Co. C. A. 8th Cir. Certiorari denied. *Clarence G. Myers* for petitioner. *Alice Elizabeth Culhane Fiddes* for respondent.

No. 530. HANSEN MANUFACTURING Co., INC. *v.* GENERAL TIME CORP. C. A. 7th Cir. Certiorari denied. *Casper W. Ooms, Ralph G. Lockwood* and *Isidor Kahn* for petitioner. *W. Brown Morton* for respondent.